ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INDICTMENT
                                 :
            - v. -               :     08 Cr. 489
                                 :
JEMAL BELL                       :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From in or about December 2007, through in or about January 2008, in the Southern District of New York and elsewhere, JEMAL BELL, the defendant, unlawfully, willfully and knowingly, and with intent to defraud, would and did pass, utter, present, offer, broker, issue, sell, and did attempt and cause the same, and with like intent did possess, within the United States, false and fictitious instruments, documents, and other items appearing, representing, purporting, and contriving through scheme and artifice, to be actual securities and other financial instruments issued under the authority of the United States, a foreign government, a State and other political subdivision of the United States, and an organization, to wit, the defendant did present checks, which were printed with a fictitious account number, to Lowe's to pay bills for a credit card issued by Lowe's.

(Title 18, United States Code, Section 514.)

FORFEITURE ALLEGATION

2.  As the result of committing the offenses in violation of Title 18, United States Code, Section 514, as alleged in Count One of this Indictment, JEMAL BELL, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that represents or is traceable to the gross receipts obtained, directly or indirectly, from the commission of the charged offenses, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses charged in Count One of this Indictment.

Substitute Asset Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

  (Title 18, United States Code, Section 981, and
   Title 28, United States Code, Section 2461.)

_____  _____
FOREPERSON           MICHAEL J. GARCIA
                 United States Attorney