USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

JEMAL R. BELL,

           Defendant.

08-CR-0489 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At a conference before the Court held on July 23, 2008, the Court adopted the following schedule:

    Jury selection and trial will begin on October 27, 2008 at 9:30 a.m.

    The Government shall turn over to Defendant, pre-marked, all exhibits it intends to introduce in its case-in-chief at trial by no later than September 26, 2008. The Government also will provide, by September 26, 2008, notice of any evidence it will introduce pursuant to Federal Rule of Evidence 404(b). Requests to charge and proposed voir dire also shall be submitted by no later than September 26, 2008.

    All in limine motions shall be served by no later than October 10, 2008. Opposition papers shall be served by no later than October 20, 2008.

    With respect to reciprocal discovery, all discoverable material obtained hereinafter by Defendant shall be turned over to the Government within one week of receipt by Defendant's counsel. If, however, the discoverable material is obtained within one week of trial, it shall be turned over to the Government immediately.

    The Court will hold a final pretrial conference on October 23, 2008, at 2:30 p.m.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until October 10, 2008.

SO ORDERED.
DATED:    July 23, 2008
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE